IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 20-182 |
| CARLA WILLIAMS | : |

### ORDER

AND NOW, this 24th day of January, 2022, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 25), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,      C.J.